No. 94–5829. TYLER v. PURKETT, SUPERINTENDENT, FARMINGTON CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 94–5830. WHITSON v. PET INC. ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–5831. STOREY v. IDAHO CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.

No. 94–5832. WILLIAMS v. DUVAL, WARDEN. C. A. 1st Cir. Certiorari denied.

No. 94–5834. SHAW v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 94–5856. JACOBS v. MISSOURI. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 94–5858. GARCIA ET UX. v. BERNSTEIN ET AL. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 94–5859. GILES v. SNOW ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–5861. GALLANT v. DELAHANTY, CHIEF JUSTICE, SUPERIOR COURT OF MAINE, ANDROSCOGGIN COUNTY, ET AL. C. A. 1st Cir. Certiorari denied.

No. 94–5862. FLOWERS v. INDIANA UNIVERSITY SCHOOL OF LAW, INDIANAPOLIS. C. A. 7th Cir. Certiorari denied.

No. 94–5868. PEW v. COX. C. A. 3d Cir. Certiorari denied.

No. 94–5869. PEMBERTHY ET AL. v. BEYER ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–5875. POWELL v. MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 94–5876. JUDGE v. BOLAN. Ct. Civ. App. Ala. Certiorari denied.

No. 94–5888. ROLLER v. LEMACKS ET AL. C. A. 11th Cir. Certiorari denied.